UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,          :     S1 25cr484-6(DLC)
                                   :
                                   :     ORDER
    -v-                            :
                                   :
JARED COVINGTON,                   :
                                   :
            Defendant.             :
                                   :
------------------------------------X

DENISE COTE, District Judge:

    For the reasons set forth on the record on October 30, 2025, it is hereby

    ORDERED that the defendant Jared Covington (DOB ■■■■) is remanded to the custody of the United States Marshal's Service.

Dated:   New York, New York
         October 30, 2025

                                      _____
                                              DENISE COTE
                                      United States District Judge