# Raoul Zaltzberg, Esq.

Zaltzberg Law
14 Wall Street, 20th Floor
New York, New York 10005

*Attorney at Law*

Raoul@ZaltzbergLaw.com

O: (212) 609-1344
F: (212) 609-1345
P: (917) 244-4322

---

November 4, 2025

**VIA ECF**

Honorable Denise L. Cote
District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:    *United States v. Jared Covington*
                *25 Cr. 00484 (DLC)*
                *Letter Motion for Stand in Counsel*

*[Handwritten: Granted. /s/ Denise Cote 11/5/25]*

Dear Hon. Judge Cote,

      I write to respectfully request permission to have Cesar de Castro, one of codefendants' counsel stand in and appear on my behalf to represent my client, Jared Covington, at tomorrow's conference. Unfortunately, I am on doing pre-trial hearings in state Supreme Court in New York County and, thus, cannot attend[1].

      I was able to get Mr. Covington's advance permission for stand-in counsel to appear I spoke with him about the possibility of this happening after our last appearance last week and he had no issue with it. Further, I have discussed it with his family, who also agree and understand.

      Thank you in advance, Your Honor, for your time and consideration of this matter.

                                                                         Sincerely,

                                                                     /s/
                                                             Raoul Zaltzberg, Esq.

C.c. All AUSA's and Co-Counsel

---

[1] If the hearing finish before 2pm, I of course will appear.