Case 1:25-cr-00484-DLC   Document 123-1   Filed 01/05/26   Page 1 of 22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MALIEK LUGG,<br>    a/k/a "Scarface,"<br>    a/k/a "Scar,"<br>JOHN LIVIGNI,<br>    a/k/a "Johnny,"<br>CURTIS MILLER,<br>    a/k/a "Butter,"<br>    a/k/a "Birdie,"<br>    a/k/a "Light,"<br>TOMMY BROWN, JR.,<br>    a/k/a "Ayo,"<br>    a/k/a "Bizzy,"<br>CHRISTIAN CORTEZ,<br>    a/k/a "Bhris,"<br>JARED COVINGTON,<br>    a/k/a "KG,"<br>NAZZIR WASHINGTON,<br>    a/k/a, "Nazzi,"<br>VITO HASKINS,<br>    a/k/a "Youngin,"<br>FELIX CUEVAS,<br>    a/k/a "Cuzzo,"<br>MANNY PINA,<br>ANDRE BETHEA,<br>    a/k/a "Black,"<br>SEAN THOM,<br>    a/k/a "Bobby,"<br>BISHARA STROTHER,<br>    a/k/a "Wawa,"<br>ROBERT JOHNSON,<br>    a/k/a "Black Rob,"<br>HENRY RODRIGUEZ,<br>    a/k/a "Hollywood,"<br>PETER RODRIGUEZ,<br>    a/k/a "Heavy,"<br>DANIEL NEGRON,<br>    a/k/a "Bolo,"<br>BRANDI FELCI, and | **Protective Order**<br><br>**(S1) 25 Cr. 484 (DLC)** |

2023.11.26

BLAKE JAKE TANNENBAUM,

        Defendants.

Upon the application of the United States of America, with the consent of the undersigned counsel, and the defendants having requested discovery under Fed. R. Crim. P. 16, the Court hereby finds and orders as follows:

## Categories

1. **Disclosure Material.** The Government will make disclosure to the defendants of documents, objects and information, including electronically stored information ("ESI"), pursuant to Federal Rule of Criminal Procedure 16, 18 U.S.C. § 3500, and the Government's general obligation to produce exculpatory and impeachment material in criminal cases, all of which will be referred to herein as "Disclosure Material." The Government's Disclosure Material may include material that (i) affects the privacy and confidentiality of individuals; (ii) would impede, if prematurely disclosed, the Government's ongoing investigation of uncharged individuals; (iii) would risk prejudicial pretrial publicity if publicly disseminated; (iv) may be produced with more limited redactions than would otherwise be necessary; and (v) that is not authorized to be disclosed to the public or disclosed beyond that which is necessary for the defense of this criminal case.

2. **Sealed Material.** Certain of the Government's Disclosure Material, referred to herein as "Sealed Material," contains information that identifies, or could lead to the identification of, witnesses who may be subject to intimidation or obstruction, and whose lives, persons, and property, as well as the lives, persons and property of loved ones, will be subject to risk of harm absent the protective considerations set forth herein.

2023.11.26

3.  **Attorney's Possession Only ("APO") Material.** Certain materials in this case raise a particular risk of affecting the privacy or safety of victims or witnesses, or the confidentiality of ongoing investigations. Disclosure Material produced by the Government to the defendant or his or her counsel that is either (1) designated in whole or in part as "Attorney's Possession Only" by the Government in emails or communications to defense counsel, or (2) that includes a Bates or other label stating "Attorney's Possession Only" or "APO" shall be deemed "APO Material." Any material designated as APO Material shall also be deemed Sealed Material.

4.  **Attorney's Eyes Only ("AEO") Material.** Certain materials in this case raise a more significant risk of affecting the privacy or safety of victims or witnesses, or the confidentiality of ongoing investigations. Disclosure Material produced by the Government to the defendant or his counsel that is either (1) designated in whole or in part as "Attorney's Eyes Only" by the Government in emails or communications to defense counsel, or (2) that includes a Bates or other label stating "Attorney's Eyes Only" or "AEO" shall be deemed "AEO Material." Any material designated as AEO Material shall also be deemed Sealed Material.

NOW, THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

### Disclosure and Treatment

5.  Disclosure Material shall not be disclosed by the defendant or defense counsel, including any successor counsel ("the defense") other than as set forth herein, and shall be used by the defense solely for purposes of defending this action. The defense shall not post any Disclosure Material on any Internet site or network site, including any social media site, to which persons other than the parties hereto have access, and shall not disclose any Disclosure Material to the media.

3

2023.11.26

6. Sealed Material pertinent to any motion before the Court should initially be filed under seal, absent consent of the Government or Order of the Court, and may be disclosed by defense counsel to:

    a.  The defendant;

    b.  Personnel for whose conduct defense counsel is responsible, *i.e.*, personnel employed by or retained by counsel, as needed for purposes of defending this action; and

    c.  Prospective witnesses for purposes of defending this action.

7. APO Material received by defense counsel shall be maintained in a safe and secure manner by defense counsel and any personnel for whose conduct defense counsel is responsible; shall not be possessed by the defendant, except in the presence of the defendant's counsel and any personnel for whose conduct defense counsel is responsible; and shall not be disclosed in any form by the defendant, his counsel, or any personnel for whose conduct defense counsel is responsible except as set forth herein.

8. AEO Material received by defense counsel shall be maintained on an attorney's eyes only basis, and the defense shall not share any AEO Material or the content of the AEO Material with any other persons, including the defendant, except for any personnel for whose conduct defense counsel is responsible.

## Other Provisions

9. This Order does not prevent the disclosure of any Disclosure Material in any hearing or trial held in this action, or to any judge or magistrate judge, for purposes of this action. All filings should comply with the privacy protection provisions of Fed. R. Crim. P. 49.1 and the above provisions.

4

2023.11.26

10. The Government's designation of material will be controlling absent contrary order of the Court. The parties shall meet and confer regarding any dispute over such designations, after which the defense may seek de-designation by the Court. The Government may authorize, in writing, disclosure of Disclosure Material beyond that otherwise permitted by this Order without further Order of this Court.

11. The defense shall provide a copy of this Order to prospective witnesses and persons retained by counsel to whom the defense has disclosed Disclosure Material. All such persons shall be subject to the terms of this Order. Defense counsel shall maintain a record of what information has been disclosed to which such persons.

12. Except for Disclosure Material that has been made part of the record of this case, the defense shall return to the Government or securely destroy or delete all Disclosure Material, including any ESI, within 30 days of the expiration of the period for direct appeal from any verdict in the above-captioned case; the period of direct appeal from any order dismissing any of the charges in the above-captioned case; and the granting of any motion made on behalf of the Government dismissing any charges in the above-captioned case, whichever date is later, subject to defense counsel's obligation to retain client files under the Rules of Professional Conduct. If Disclosure Material is provided to any personnel for whose conduct defense counsel is responsible or prospective witnesses, defense counsel shall make reasonable efforts to seek the return or destruction of such materials.

13. The Government has advised that information that may be subject to disclosure in this case may be contained within ESI that the Government has received, pursuant to warrants issued during the course of the investigation, from various computers, cellphones, other devices and/or storage media, and/or social media. This ESI was obtained from: Maliek Lugg, John Livigni,

5

Curtis Miller, Tommy Brown, Jr., Christian Cortez, Jared Covington, Nazzir Washington, Vito Haskins, Felix Cuevas, Manny Pina, Andre Bethea, Sean Thom, Bishara Strother, Peter Rodriguez, Daniel Negron, and Brandi Felci. Upon consent of counsel for Maliek Lugg, Curtis Miller, Tommy Brown, Jr., Christian Cortez, Jared Covington, Nazzir Washington, Vito Haskins, Felix Cuevas, Manny Pina, Andre Bethea, Sean Thom, Bishara Strother, Peter Rodriguez, Daniel Negron, Brandi Felci, and Blake Jake Tannenbaum, the Government is authorized to disclose to all consenting defense counsel the entirety of ESI, if any, for each of their respective clients, which shall be deemed Attorney's Possession Only material unless otherwise designated.

14. Disclosure Material may not be shared with any named defendant who has not yet been apprehended in this action or any such defendant's counsel.

**Retention of Jurisdiction**

15. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney

by: _____          Date: __December 16, 2025__
Remy Grosbard
Adam Z. Margulies
Lauren E. Phillips
Assistant United States Attorneys

_____              Date: __12/19/25__
Digitally signed by Lucas amodio
Date: 2025.12.19 16:46:55 -05'00'

Michael Gilbert/Lucas Amodio
Counsel for Maliek Lugg

So ordered.

Judge Cote
1/6/26

6

Case 1:25-cr-00484-DLC    Document 123-1    Filed 01/05/26    Page 7 of 22

*Elena Fast*
_____
Elena Fast
Counsel for John Livigni

Date:  12/17/2025
_____


_____
David Touger
Counsel for Curtis Miller

Date: _____


_____
Glen McGorty
Counsel for Tommy Brown, Jr.

Date: _____


_____
Richard Rosenberg
Counsel for Christian Cortez

Date: _____


_____
Raoul Zaltzberg
Counsel for Jared Covington

Date: _____


_____
Cory Garcia
Counsel for Nazzir Washington

Date: _____


_____
Cesar De Castro
Counsel for Vito Haskins

Date: _____


_____
Gilbert Bayonne
Counsel for Felix Cuevas

Date: _____


_____
Jill Shellow / Donna Newman
Counsel for Manny Pina

Date: _____


_____
Louis Fasulo
Counsel for Andre Bethea

Date: _____


_____
Martin Bell / Mark Stein
Counsel for Sean Thom

Date: _____

7

2023.11.26

_____          Date: _____
Elena Fast
Counsel for John Livigni


_____          Date:   12/30/2025
David Touger
Counsel for Curtis Miller


_____          Date: _____
Glen McGorty
Counsel for Tommy Brown, Jr.


_____          Date: _____
Richard Rosenberg
Counsel for Christian Cortez


_____          Date: _____
Raoul Zaltzberg
Counsel for Jared Covington


_____          Date: _____
Cory Garcia
Counsel for Nazzir Washington


_____          Date: _____
Cesar De Castro
Counsel for Vito Haskins


_____          Date: _____
Gilbert Bayonne
Counsel for Felix Cuevas


_____          Date: _____
Jill Shellow / Donna Newman
Counsel for Manny Pina


_____          Date: _____
Louis Fasulo
Counsel for Andre Bethea


_____          Date: _____
Martin Bell / Mark Stein
Counsel for Sean Thom


7

2023.11.26

_____
Elena Fast
Counsel for John Livigni

Date: _____


_____
David Touger
Counsel for Curtis Miller

Date: _____


_Glen McGorty (signature)_
Glen McGorty
Counsel for Tommy Brown, Jr.

Date: ___December 18, 2025___


_____
Richard Rosenberg
Counsel for Christian Cortez

Date: _____


_____
Raoul Zaltzberg
Counsel for Jared Covington

Date: _____


_____
Cory Garcia
Counsel for Nazzir Washington

Date: _____


_____
Cesar De Castro
Counsel for Vito Haskins

Date: _____


_____
Gilbert Bayonne
Counsel for Felix Cuevas

Date: _____


_____
Jill Shellow / Donna Newman
Counsel for Manny Pina

Date: _____


_____
Louis Fasulo
Counsel for Andre Bethea

Date: _____


_____
Martin Bell / Mark Stein
Counsel for Sean Thom

7

2023.11.26

_____          Date: _____
Elena Fast
Counsel for John Livigni


_____          Date: _____
David Touger
Counsel for Curtis Miller


_____          Date: _____
Glen McGorty
Counsel for Tommy Brown, Jr.


_____          Date: _12/19/2025_
Richard Rosenberg
Counsel for Christian Cortez


_____          Date: _____
Raoul Zaltzberg
Counsel for Jared Covington


_____          Date: _____
Cory Garcia
Counsel for Nazzir Washington


_____          Date: _____
Cesar De Castro
Counsel for Vito Haskins


_____          Date: _____
Gilbert Bayonne
Counsel for Felix Cuevas


_____          Date: _____
Jill Shellow / Donna Newman
Counsel for Manny Pina


_____          Date: _____
Louis Fasulo
Counsel for Andre Bethea


_____          Date: _____
Martin Bell / Mark Stein
Counsel for Sean Thom


7

2023.11.26

_____          Date: _____
Elena Fast
Counsel for John Livigni

_____          Date: _____
David Touger
Counsel for Curtis Miller

_____          Date: _____
Glen McGorty
Counsel for Tommy Brown, Jr.

_____          Date: _____
Richard Rosenberg
Counsel for Christian Cortez

_____          Date: _____12/16/25_____
*Raoul Zaltzberg*
Raoul Zaltzberg
Counsel for Jared Covington

_____          Date: _____
Cory Garcia
Counsel for Nazzir Washington

_____          Date: _____
Cesar De Castro
Counsel for Vito Haskins

_____          Date: _____
Gilbert Bayonne
Counsel for Felix Cuevas

_____          Date: _____
Jill Shellow / Donna Newman
Counsel for Manny Pina

_____          Date: _____
Louis Fasulo
Counsel for Andre Bethea

_____          Date: _____
Martin Bell / Mark Stein
Counsel for Sean Thom

7

2023.11.26

_____          Date: _____
Elena Fast
Counsel for John Livigni


_____          Date: _____
David Touger
Counsel for Curtis Miller


_____          Date: _____
Glen McGorty
Counsel for Tommy Brown, Jr.


_____          Date: _____
Richard Rosenberg
Counsel for Christian Cortez


_____          Date: _____
Raoul Zaltzberg
Counsel for Jared Covington


*Cory Garcia*
_____          Date: 12/17/2025
Cory Garcia
Counsel for Nazzir Washington


_____          Date: _____
Cesar De Castro
Counsel for Vito Haskins


_____          Date: _____
Gilbert Bayonne
Counsel for Felix Cuevas


_____          Date: _____
Jill Shellow / Donna Newman
Counsel for Manny Pina


_____          Date: _____
Louis Fasulo
Counsel for Andre Bethea


_____          Date: _____
Martin Bell / Mark Stein
Counsel for Sean Thom


7

2023.11.26

_____
Elena Fast
Counsel for John Livigni

Date: _____

_____
David Touger
Counsel for Curtis Miller

Date: _____

_____
Glen McGorty
Counsel for Tommy Brown, Jr.

Date: _____

_____
Richard Rosenberg
Counsel for Christian Cortez

Date: _____

_____
Raoul Zaltzberg
Counsel for Jared Covington

Date: _____

_____
Cory Garcia
Counsel for Nazzir Washington

Date: _____

_____
Cesar De Castro
Counsel for Vito Haskins

Date:     12-19-25

_____
Gilbert Bayonne
Counsel for Felix Cuevas

Date: _____

_____
Jill Shellow / Donna Newman
Counsel for Manny Pina

Date: _____

_____
Louis Fasulo
Counsel for Andre Bethea

Date: _____

_____
Martin Bell / Mark Stein
Counsel for Sean Thom

Date: _____

7

2023.11.26

_____                Date: _____
Elena Fast
Counsel for John Livigni


_____                Date: _____
David Touger
Counsel for Curtis Miller


_____                Date: _____
Glen McGorty
Counsel for Tommy Brown, Jr.


_____                Date: _____
Richard Rosenberg
Counsel for Christian Cortez


_____                Date: _____
Raoul Zaltzberg
Counsel for Jared Covington


_____                Date: _____
Cory Garcia
Counsel for Nazzir Washington


_____                Date: _____
Cesar De Castro
Counsel for Vito Haskins


_____                Date: ___12/29/2025_____
Gilbert Bayonne
Counsel for Felix Cuevas


_____                Date: _____
Jill Shellow / Donna Newman
Counsel for Manny Pina


_____                Date: _____
Louis Fasulo
Counsel for Andre Bethea


_____                Date: _____
Martin Bell / Mark Stein
Counsel for Sean Thom


7

2023.11.26

Case 1:25-cr-00484-DLC   Document 123-1   Filed 01/03/26   Page 15 of 22

_____    Date: _____
Elena Fast
Counsel for John Livigni


_____    Date: _____
David Touger
Counsel for Curtis Miller


_____    Date: _____
Glen McGorty
Counsel for Tommy Brown, Jr.


_____    Date: _____
Richard Rosenberg
Counsel for Christian Cortez


_____    Date: _____
Raoul Zaltzberg
Counsel for Jared Covington


_____    Date: _____
Cory Garcia
Counsel for Nazzir Washington


_____    Date: _____
Cesar De Castro
Counsel for Vito Haskins


_____    Date: _____
Gilbert Bayonne
Counsel for Felix Cuevas

_Jill R. Shellow_
_____    Date: _____January 4, 2026_____
Jill Shellow
Counsel for Manny Pina


_____    Date: _____
Louis Fasulo
Counsel for Andre Bethea


_____    Date: _____
Martin Bell / Mark Stein
Counsel for Sean Thom


7

2023.11.26

_____        Date: _____

Elena Fast
Counsel for John Livigni

_____        Date: _____

David Touger
Counsel for Curtis Miller

_____        Date: _____

Glen McGorty
Counsel for Tommy Brown, Jr.

_____        Date: _____

Richard Rosenberg
Counsel for Christian Cortez

_____        Date: _____

Raoul Zaltzberg
Counsel for Jared Covington

_____        Date: _____

Cory Garcia
Counsel for Nazzir Washington

_____        Date: _____

Cesar De Castro
Counsel for Vito Haskins

_____        Date: _____

Gilbert Bayonne
Counsel for Felix Cuevas

_____        Date: _____

Jill Shellow / Donna Newman
Counsel for Manny Pina

*Louis V. Fasulo*        Date:  *12/18/25*

Louis Fasulo
Counsel for Andre Bethea

_____        Date: _____

Martin Bell / Mark Stein
Counsel for Sean Thom

7

2023.11.26

_____

Elena Fast
Counsel for John Livigni

Date: _____

_____

David Touger
Counsel for Curtis Miller

Date: _____

_____

Glen McGorty
Counsel for Tommy Brown, Jr.

Date: _____

_____

Richard Rosenberg
Counsel for Christian Cortez

Date: _____

_____

Raoul Zaltzberg
Counsel for Jared Covington

Date: _____

_____

Cory Garcia
Counsel for Nazzir Washington

Date: _____

_____

Cesar De Castro
Counsel for Vito Haskins

Date: _____

_____

Gilbert Bayonne
Counsel for Felix Cuevas

Date: _____

_____

Jill Shellow / Donna Newman
Counsel for Manny Pina

Date: _____

_____

Louis Fasulo
Counsel for Andre Bethea

Date: _____

_____

Martin Bell / Mark Stein
Counsel for Sean Thom

Date: 12/30/25

7

*John Kaley*

John Kaley
Counsel for Bethea Strother

Date: _12-17-25_

_____
Raymond Gazer
Counsel for Peter Rodriguez

Date: _____

_____
Lisa Scolari
Counsel for Daniel Negron

Date: _____

_____
James Bell
Counsel for Brandi Felci

Date: _____

_____
James Neuman
Counsel for Blake Jake Tannenbaum

Date: _____

SO ORDERED:

Dated: New York, New York
        December ___, 2025

_____
THE HONORABLE DENISE COTE
UNITED STATES DISTRICT JUDGE

8

2023.11.26

Case 1:25-cr-00484-DLC    Document 123-1    Filed 01/05/26    Page 19 of 22

_____

John Kaley
Counsel for Bethea Strother

Date: _____

*Raymond Elvis Gazer*
Raymond Gazer
Counsel for Peter Rodriguez

Date: <u>December 24th, 2025</u>

_____

Lisa Scolari
Counsel for Daniel Negron

Date: _____

_____

James Bell
Counsel for Brandi Felci

Date: _____

_____

James Neuman
Counsel for Blake Jake Tannenbaum

Date: _____

SO ORDERED:

Dated: New York, New York
       December ___, 2025

_____

THE HONORABLE DENISE COTE
UNITED STATES DISTRICT JUDGE

8

2023.11.26

_____          Date: _____
John Kaley
Counsel for Bethea Strother

_____          Date: _____
Raymond Gazer
Counsel for Peter Rodriguez

____/s/ Lisa Scolari_____          Date: ____12/18/2025_____
Lisa Scolari
Counsel for Daniel Negron

_____          Date: _____
James Bell
Counsel for Brandi Felci

_____          Date: _____
James Neuman
Counsel for Blake Jake Tannenbaum

SO ORDERED:

Dated: New York, New York
       December ___, 2025

_____
THE HONORABLE DENISE COTE
UNITED STATES DISTRICT JUDGE

8

2023.11.26

| | Date: _____ |
|---|---|
| _____ | |
| John Kaley | |
| Counsel for Bethea Strother | |

| | Date: _____ |
|---|---|
| _____ | |
| Raymond Gazer | |
| Counsel for Peter Rodriguez | |

| | Date: _____ |
|---|---|
| _____ | |
| Lisa Scolari | |
| Counsel for Daniel Negron | |

_-s- Angus James Bell, Esq_

| | Date:  12.22.2025          |
|---|---|
| _____ | |
| James Bell | |
| Counsel for Brandi Felci | |

| | Date: _____ |
|---|---|
| _____ | |
| James Neuman | |
| Counsel for Blake Jake Tannenbaum | |

SO ORDERED:

Dated: New York, New York
      December ___, 2025

_____
THE HONORABLE DENISE COTE
UNITED STATES DISTRICT JUDGE

8

_____                Date: _____
John Kaley
Counsel for Bethea Strother


_____                Date: _____
Raymond Gazer
Counsel for Peter Rodriguez


_____                Date: _____
Lisa Scolari
Counsel for Daniel Negron


_____                Date: _____
James Bell
Counsel for Brandi Felci

*James Neuman*                                  Date:    12/16/2025
_____                      _____
James Neuman
Counsel for Blake Jake Tannenbaum


SO ORDERED:

Dated: New York, New York
       December ____, 2025



_____
THE HONORABLE DENISE COTE
UNITED STATES DISTRICT JUDGE

8

2023.11.26