UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JARED COVINGTON,<br><br>Defendant. | : | S1 25cr484-6(DLC)<br><br>ORDER |

DENISE COTE, District Judge:

On July 2, 2026, this Court received an undated letter from defendant Jared Covington requesting new counsel. Accordingly, it is hereby

ORDERED that a conference to address the defendant's request is scheduled for July 7, 2026 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

Dated: New York, New York
July 6, 2026

DENISE COTE
United States District Judge