UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JARED COVINGTON,

Defendant.

S1 25cr484-6(DLC)

ORDER

DENISE COTE, District Judge:

As set forth on the record at the conference held on July 7, 2026, it is hereby

ORDERED that CJA counsel Raoul Zaltzberg is relieved as counsel in this matter and C.J.A. counsel Sarah Krissoff is appointed to represent the defendant.

Dated: New York, New York
July 8, 2026

DENISE COTE
United States District Judge