UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

UNITED STATES OF AMERICA

-v-

JARED COVINGTON,

Defendant.

---------------------------------------- X

S1 25cr484-6(DLC)

ORDER

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference to address the defendant's request for a change of counsel is scheduled for July 21, 2026 at 3:00 PM in Courtroom 18B, 500 Pearl Street.

Dated: New York, New York
July 15, 2026

DENISE COTE
United States District Judge