UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

UNITED STATES OF AMERICA :

-v-

JARED COVINGTON,

Defendant.

---------------------------------------- X

S1 25cr484-6(DLC)

ORDER

DENISE COTE, District Judge:

As set forth on the record at the conference held on July 21, 2026, it is hereby

ORDERED that C.J.A. counsel Sarah Krissoff is relieved as counsel in this matter and C.J.A. counsel Andrew Patel is appointed to represent the defendant.

Dated: New York, New York
July 21, 2026

Denise Cote
DENISE COTE
United States District Judge