UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JARED COVINGTON,<br><br>Defendant. | S1 25cr484-6(DLC)<br><br>ORDER |

DENISE COTE, District Judge:

It is hereby

ORDERED that Lauren Di Chiara is appointed as C.J.A. co-counsel in this matter for defendant Jared Covington.

IT IS FURTHER ORDERED that the sentencing in this matter is adjourned to December 4, 2026 at 3:00 PM in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that the defendant's sentencing submissions are due November 25, 2026. Any Government submissions are due December 1, 2026. One courtesy copy shall be delivered to the Courthouse on the day of filing.

Dated: New York, New York
October 29, 2026

Denise Cote

DENISE COTE
United States District Judge